## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against FXCM Inc. ("FXCM"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis as set forth in the parties' retention agreement.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against FXCM and certain of its officers and directors and The Rosen Law Firm, P.A. is counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in FXCM notes during the class period set forth in the complaint.  I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Notes Purchased or Sold | Date(s) Purchased | Price Paid Per Note | Date(s) Sold (if applicable) | Price Sold Per Note |
|---|---|---|---|---|
| See attached. | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March, 2017.

Name of Institution/Entity: <u>683 Capital Partners, LP</u>

Signature: _____
By:          Joseph Patt
Title:       Member of the General Partner
Address:   3 Columbus Circle, Suite 2205
             New York, NY 10019
Phone:     REDACTED
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Notes Purchased or Sold | Date(s) Purchased | Price Paid Per Note | Date(s) Sold (if applicable) | Price Sold Per Note |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827                    2
OR MAIL TO:
THE ROSEN LAW FIRM PA
275 MADISON AVENUE, 34th FLOOR
NEW YORK, NY 10016

**SCHEDULE A**

**683 CAPITAL PARTNERS, LP**

**TRANSACTIONS IN GLOBAL BROKERAGE INC. 2.250% 06/15/18 CVT**

**(03/15/2012 THROUGH 02/06/2017)**

| | PURCHASES | | | SALES | |
| --- | --- | --- | --- | --- | --- |
| **DATE** | **QUANTITY** | **PRICE** | **DATE** | **QUANTITY** | **PRICE** |
| 01/16/15 | 1,500,000.00 | ($50.00) | 04/02/15 | 1,000,000.00 | $79.00 |
| 01/16/15 | 426,000.00 | ($64.00) | 04/08/15 | 926,000.00 | $80.00 |
| 01/16/15 | 500,000.00 | ($64.00) | 02/07/17 | 2,000,000.00 | $34.50 |
| 01/16/15 | 1,000,000.00 | ($68.00) | | | |
| 01/20/15 | 1,500,000.00 | ($49.00) | | | |
| 01/20/15 | 2,000,000.00 | ($48.25) | | | |
| 01/20/15 | 1,000,000.00 | ($44.00) | | | |
| 01/21/15 | 1,000,000.00 | ($55.50) | | | |
| 01/21/15 | 2,000,000.00 | ($47.50) | | | |
| 08/27/15 | 1,500,000.00 | ($50.00) | | | |
| 08/27/15 | 2,000,000.00 | ($48.25) | | | |
| 08/27/15 | 1,000,000.00 | ($44.00) | | | |
| 08/27/15 | 2,000,000.00 | ($47.50) | | | |
| 10/12/15 | 2,000,000.00 | ($71.00) | | | |
| 10/14/15 | 2,000,000.00 | ($68.25) | | | |
| 10/16/15 | 4,000,000.00 | ($67.88) | | | |
| 12/15/15 | 2,000,000.00 | ($68.25) | | | |
| 12/15/15 | 3,000,000.00 | ($67.88) | | | |
| 02/12/16 | 1,500,000.00 | ($71.00) | | | |