IH-32                                                                    Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

683 CAPITAL PARTNERS, LP,
Individually and on Behalf of All Others
Similarly Situated,

**Plaintiff**

vs.

GLOBAL BROKERAGE, INC. f/k/a
FXCM INC., DROR NIV, and ROBERT
LANDE,

**Defendant**

**Case Number**

1:17-cv-02506

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

TONY KHOURY, Individually and on
Behalf of All Others Similarly Situated,

**Plaintiff**

vs.

FXCM INC., DROR NIV, and ROBERT
LANDE

**Defendant**

**Case Number**

1:17-cv-00916-RA

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open (If so, set forth procedural status and summarize any court rulings.)

Lead Plaintiff motions are due on April 10, 2017.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because the cases both list similar persons/entities as Defendants, and because both cases allege similar factual and legal grounds to support allegations of violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by the Defendants arising from the same public dissemination of false and misleading information to investors as alleged in the earlier filed case.

Signature: /s/ Phillip Kim          Date: 04/07/2017

Firm: The Rosen Law Firm, P.A.