# EXHIBIT A





# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against FXCM Inc. - FXCM

February 07, 2017 06:35 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of FXCM Inc. securities (NASDAQ:FXCM) from March 15, 2012 through February 6, 2017, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for FXCM investors under the federal securities laws.

To join the FXCM class action, go to http://www.rosenlegal.com/cases-1052.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, throughout the Class Period Defendants made false and/or misleading statements and/or failed to disclose that: (1) between September 4, 2009 through at least 2014, FXCM's U.S. subsidiary engaged in false and misleading solicitations of its retail foreign exchange customers by concealing its relationship with its most important market maker and by misrepresenting that its "No Dealing Desk" platform had no conflicts of interest with its customers; (2) FXCM's U.S. subsidiary made false statements to the National Futures Association about its relationship with the market maker; and (3) as a result, Defendants' statements about FXCM's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 10, 2017. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-1052.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Kevin Chan of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or kchan@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

## Contacts

The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Kevin Chan, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: 212-686-1060
Toll Free: 866-767-3653
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
kchan@rosenlegal.com
www.rosenlegal.com

#Hashtags

#FXCM

Social Media Profiles

Rosen Law Firm on Twitter

Rosen Law Firm on LinkedIn