# EXHIBIT D

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FIFO Loss Chart Report | | | | | | | | |
| | | | | | | | | Class Period Beginning: | | | 03/15/2012 |
| Adi Damty (FXCM) | | | | | | | | Class Period End: | | | 02/06/2017 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | | | | | | | | Lookback Period Beginning: | | | 02/07/2017 |
| Security: 302693205 | | | | | | | | Lookback Period End: | | | 04/05/2017 |
| Class Period: March 15,2012 - February 06,2017 | | | | | | | | Days in Lookback Period: | | | 57 |
| | | | | | | | | Lookback Period Average Closing Price: | | | $2.863 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| 1A. Total | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| 1B. Total | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| 1C. Total | | 0 | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 1/22/2015 | 300 | $32.00 | $9,600.00 | Sale | 03/13/2015 | 300 | $25.90 | $7,770.00 | 0 | ($1,830.00) |
| Purchase | 1/22/2015 | 280 | $32.80 | $9,184.00 | Sale | 03/13/2015 | 280 | $25.90 | $7,252.00 | 0 | ($1,932.00) |
| Purchase | 3/13/2015 | 580 | $25.90 | $15,022.00 | Sale | 03/30/2015 | 580 | $21.20 | $12,296.00 | 0 | ($2,726.00) |
| Purchase | 5/8/2015 | 2,667.50 | $20.85 | $55,608.83 | Sale | 07/17/2015 | 2,667.50 | $12.7715 | $34,067.97 | 0 | ($21,540.86) |
| **2A. Total** | | **3,827.50** | | **$89,414.83** | | | **3,827.50** | | **$61,385.97** | **0** | **($28,028.86)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| 2B. Total | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.C) ClassPeriod Purchases Held at the End of Lookback Period | | | | | | | | | | | |
| Purchase | 8/6/2015 | 1,200.00 | $12.00 | $14,400.00 | | | | | | 1,200.00 | ($10,964.34) |
| Purchase | 8/12/2015 | 600 | $9.54 | $5,723.40 | | | | | | 600 | ($4,005.57) |
| Purchase | 10/29/2015 | 1,200.00 | $8.75 | $10,503.96 | | | | | | 1,200.00 | ($7,068.30) |
| Purchase | 12/18/2015 | 1,200.00 | $10.17 | $12,201.00 | | | | | | 1,200.00 | ($8,765.34) |
| Purchase | 12/18/2015 | 1,100.00 | $11.06 | $12,164.24 | | | | | | 1,100.00 | ($9,014.89) |
| Purchase | 2/12/2016 | 300 | $9.55 | $2,865.00 | | | | | | 300 | ($2,006.08) |
| Purchase | 2/16/2016 | 1,000.00 | $10.81 | $10,809.90 | | | | | | 1,000.00 | ($7,946.85) |
| Purchase | 2/17/2016 | 950 | $12.31 | $11,694.40 | | | | | | 950 | ($8,974.51) |
| Purchase | 3/11/2016 | 550 | $11.16 | $6,138.99 | | | | | | 550 | ($4,564.31) |
| 2C. Total | | 8,100.00 | | $86,500.89 | | | 0 | | $0.00 | 8,100.00 | ($63,310.24) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | 11,927.50 | | $175,915.73 | | | 3,827.50 | | $61,385.97 | 8,100.00 | ($91,339.10) |
| Grand Total | | 62,575.00 | | $175,915.73 | | | 38,275.00 | | $61,385.97 | 8,100.00 | |
| Total FIFO Gain(Loss) | | | | | | | | | | | ($91,339.10) |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**Class Period Corporate Actions:**
10/01/2015 Stock Split 1.0 for 10.0

| | | |
|---|---|---|
| | **LIFO Loss Chart Report** | |
| | | |
| | | Class Period Beginning:   03/15/2012 |
| Adi Damty (FXCM) | | Class Period End:   02/06/2017 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | | Lookback Period Beginning:   02/07/2017 |
| Security: 302693205 | | Lookback Period End:   04/05/2017 |
| Class Period: March 15,2012 - February 06,2017 | | Days in Lookback Period:   57 |
| | | Lookback Period Average Closing Price:   $2.863 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| 1A. Total | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| 1B. Total | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| 1C. Total | | 0 | | | | | | | | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 3/13/2015 | 580 | $25.90 | $15,022.00 | Sale | 03/13/2015 | 580 | $25.90 | $15,022.00 | 0 | $0.00 |
| Purchase | 1/22/2015 | 280 | $32.80 | $9,184.00 | Sale | 03/30/2015 | 280 | $21.20 | $5,936.00 | 0 | ($3,248.00) |
| Purchase | 1/22/2015 | 300 | $32.00 | $9,600.00 | Sale | 03/30/2015 | 300 | $21.20 | $6,360.00 | 0 | ($3,240.00) |
| Purchase | 5/8/2015 | 2,667.50 | $20.85 | $55,608.84 | Sale | 07/17/2015 | 2,667.50 | $12.7715 | $34,067.98 | 0 | ($21,540.86) |
| 2A. Total | | 3,827.50 | | $89,414.84 | | | 3,827.50 | | $61,385.98 | 0 | ($28,028.86) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| 2B. Total | | 0 | | $0.00 | | | 0 | | $0.00 | 0 | $0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 8/6/2015 | 1,200.00 | $12.00 | $14,400.00 | | | | | | 1,200.00 | ($10,964.40) |
| Purchase | 8/12/2015 | 600 | $9.54 | $5,723.40 | | | | | | 600 | ($4,005.60) |
| Purchase | 10/29/2015 | 1,200.00 | $8.75 | $10,503.96 | | | | | | 1,200.00 | ($7,068.36) |

| Purchase | 12/18/2015 | 1,200.00 | $10.17 | $12,201.00 | | | | | 1,200.00 | ($8,765.40) |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/18/2015 | 1,100.00 | $11.06 | $12,164.24 | | | | | 1,100.00 | ($9,014.94) |
| Purchase | 2/12/2016 | 300 | $9.55 | $2,865.00 | | | | | 300 | ($2,006.10) |
| Purchase | 2/16/2016 | 1,000.00 | $10.81 | $10,809.90 | | | | | 1,000.00 | ($7,946.90) |
| Purchase | 2/17/2016 | 950 | $12.31 | $11,694.41 | | | | | 950 | ($8,974.56) |
| Purchase | 3/11/2016 | 550 | $11.16 | $6,138.99 | | | | | 550 | ($4,564.34) |
| **2C. Total** | | **8,100.00** | | **$86,500.90** | | **0** | | **$0.00** | **8,100.00** | **($63,310.60)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 11,927.50 | | $175,915.73 | | | 3,827.50 | | $61,385.98 | 8,100.00 | ($91,339.46) |
| Grand Total | | 62,575.00 | | $175,916.27 | | | 38,275.00 | | $61,387.31 | 8,100.00 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **($91,339.46)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**Class Period Corporate Actions:**
10/01/2015 Stock Split 1.0 for 10.0