

# MEMO ENDORSED

## The Rosen Law Firm
### INVESTOR COUNSEL

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
MAY 02 2017

Phillip Kim, Esq.
pkim@rosenlegal.com

May 1, 2017

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
May 2, 2017

Re:     *Khoury v. FXCM Inc. et al.*, No. 17-cv-00916-RA
        *Zhao v. FXCM Inc. et al.*, No. 17-cv-00955-RA
        *Blinn v. FXCM Inc. et al.*, No. 17-cv-01028-RA
        *683 Capital Partners LP v. Global Brokerage, Inc., f/k/a FXCM, Inc.*, No. 17-cv-02506-RA

Your Honor:

We are counsel for Lead Plaintiff movants 683 Capital Partners, LP and Shipco Transport, Inc. (collectively, "Movants") in the above related putative securities class actions. We write to request that the Court vacate the status conference set for May 5, 2017 at 1:30 p.m. given that Movants' motion for appointment as Co-Lead Plaintiffs and approval of The Rosen Law Firm, P.A. as lead counsel is unopposed. *See* Dkt. No. 44. Defendants join this request. No party has previously requested an adjournment or the vacating of the status conference.

Assuming Movants' motion for appointment as Co-Lead Plaintiffs and approval of The Rosen Law Firm, P.A. as lead counsel is granted on or before May 5, 2017, Movants and Defendants propose the following schedule for amending of the complaint and briefing Defendants' anticipated motion to dismiss:

- Movants will file an amended complaint by June 19, 2017;
- Defendants will answer or otherwise respond to the amended complaint by August 3, 2017;
- Movants will file an opposition to any motion to dismiss by September 18, 2017; and
- Defendants will file a reply brief in further support of their motion to dismiss by October 18, 2017.

1

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq.

cc:    All counsel of record by ECF

THE ROSEN LAW FIRM, P.A.   275 MADISON AVENUE, 34TH FLOOR   NEW YORK, NY 10016   TEL: (212) 686-1060   FAX: (212) 202-3827