UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2022

|  |  |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SEC. LITIG. | Civil Action No. 1:17-cv-00916-RA-BCM |
| This Document Relates To: | **ORDER** |
| ALL ACTIONS. |  |

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

Dated: New York, New York
      September 2, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**